UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

11 JUL 19 PM 4:06



UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JULIO MUELA (2),

                Defendant.

CASE NO. 11CR2689-AJB

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

21:841(a)(1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 19, 2011

BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE